1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RENE ORTIZ,                                No. 2:17-cv-713-TLN-KJN PS

12                     Plaintiff,

13          v.                                    <u>ORDER</u>

14    DIVERSIFIED CONSULTANTS, INC., et
      al.
15
                     Defendants.
16

17

18          Presently pending before the court is plaintiff's motion to postpone any proceedings in the

19    case until July 18, 2018, due to plaintiff's travel outside the United States.  (ECF No. 54.)

20          At present, the court has issued findings and recommendations that the case be dismissed;

21    plaintiff, having already received an extension of time, has filed objections and amended

22    objections to the findings and recommendations; and defendants have filed a reply to plaintiff's

23    objections.  (ECF Nos. 47, 52, 53, 55.)  As such, no further filings or actions from the parties are

24    required, or indeed, permitted, and the matter is ripe for resolution by the assigned district judge,

25    as his schedule permits.  Consequently, there is no need for a postponement of any proceedings.

26    ////

27    ////

28    ////

                                                      1

1        Accordingly, plaintiff's motion to postpone proceedings is DENIED.

2        This order resolves ECF No. 54.

3 Dated:  June 20, 2018

4

5                                  KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE